**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**THADDEUS L. JACKSON,**

       **Plaintiff,**

**v.**                        **CASE NO. 5:13-cv-282-RS-CJK**

**UNITED STATES ARMY, et al.,**

       **Defendants.**
_____/

**<u>ORDER</u>**

      Before me is the Magistrate Judge's Report and Recommendation (Doc. 21).

No objections were filed.  I have reviewed the report and recommendation *de novo*.

      **IT IS ORDERED:**

      1.  The Magistrate Judge's Report and Recommendation is approved

          and incorporated in this Order.

      2.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the case is **DISMISSED**

          **without prejudice**.

      3.  The clerk is directed to close the file.

      **ORDERED** on April 25, 2014.

                    <u>/S/ Richard Smoak</u>
                    **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**